COURT OF COMMON PLEAS

# IN THE COURT OF COMMON PLEAS
# CHILLICOTHE, OHIO

2013 NOV 21 AM 8: 16

ROSS COUNTY COMMON PLEAS
CLERK OF COURTS

Daniel Young
    Plaintiff

vs

P.H. Glatfelter Company
    Defendant

Case No.: 13CI000634

Judge: Ater

## COMPLAINT

1. Daniel Young is a resident of Ross County, Ohio.

2. Glatfelter is a Pennsylvania Corporation with manufacturing and other facilities in Ross County, Ohio

3. Young is employed by Glatfelter since August 8, 1972. Before that, Young was employed with Glatfelter's predecessors in Ross County, namely Mead Westvaco and Mead. Young has been employed by theses paper manufactures since August, 1972.

4. Young's position at Glatfelter is Area Manager.

5. Young is a salaried employee where annual compensation is $105,000.00.

6. Young became unable to work due to mental and emotional disabilities in August, 2012.

7. Glatfelter provides as a company benefit Short Term Disability income (STD) and Long Term Disability (LTD). Both disability insurance plans are administered by Cigna but the plans are Glatfelter self-funded obligations. That promise to provide benefits is a contract with Young.

8. Based on his disabilities, Young applied for and received STD benefits for the maximum time allowed under that plan.

9. Young then applied for LTD benefits but Glatfelter via Cigna has denied his claim for benefits.

10. Young complied with all the terms of the LTD contract with Glatfelter.

11. Young was treated and examined by physicians chosen by Glatfelter via Cigna.

12. Every physician who has examined or treated Young has determined that he is disabled.

13. Glatfelter breached their contract for LTD benefits with Young by wrongfully denying his benefits under the LTD plan.

14. Young has been financially damaged by Glatfelter's breach of contract by not receiving LTD benefits.

Wherefore, for all the foregoing, plaintiff Daniel Young prays for judgment against defendant P.H. Glatfelter in an amount sufficient to compensate him for past lost LTD benefits, for judgment ordering Glatfelter to pay future benefits pursuant to the LTD contract, and for all other relief just and proper in the premise.

Respectfully submitted,

Michael Wm Warren (0074557)
6 Consumer Center Drive
Chillicothe, OH 45601
(740) 774-4357
mwarren@buckeyelegal.com